IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00306-WJM-MEH

LEONARD E. LOVE,

      Applicant,

v.

CHARLES A. DANIELS,

      Respondent.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 4, 2012.**

      Before the Court is Applicant's Motion for Extension of Time [filed August 6, 2012; docket #35]. Applicant seeks a 90-day extension of time within which to file a reply brief in support of his application in this case.

      Previously, this Court granted the Applicant an extension to August 6, 2012 (docket #27); however, in error, this Court issued a Recommendation on the Application on June 29, 2012, asserting that the Application was "fully briefed." *See* docket #32. Due to the error, the Court hereby **withdraws** its Recommendation. Furthermore, finding good cause to grant an extension, but not to grant a lengthy 90 days, the Court will **grant in part and deny in part** the Applicant's motion and allow a 60-day extension of time in which the Applicant may file a reply brief **on or before October 9, 2012**.