**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-00306-MJW-MEH

LEONARD E. LOVE,

    Petitioner,

v.

CHARLES A. DANIELS,

    Respondent.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered in this case and the Order Adopting February 7, 2014 Recommendation of Magistrate Judge And Granting Respondent's Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on February 26, 2014,

IT IS ORDERED that

(1) The Magistrate Judge's Recommendation (ECF No. 66) is ADOPTED in its entirety;

(2) Respondent's Motion to Dismiss Based on Mootness (ECF No. 62) is GRANTED;

(3) Petitioner's Amended Application for Writ of *Habeas Corpus* (ECF No. 5) is DISMISSED as MOOT; and

(4) This case is closed. Each party shall bear his own attorney's fees and costs.

Dated at Denver, Colorado this 27 day of February 2014.

                                              BY THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                              By:   s/Deborah A. Hansen
                                              Deborah A. Hansen, Deputy Clerk